**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Joseph Louis HENNING,**
**Defendant-Appellant**

No. 16-41187
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed December 5, 2017

Paul Anderson Hable, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Lufkin, TX, for Plaintiff-Appellee

Joseph Louis Henning, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph Louis Henning has moved for leave to withdraw and has filed a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Henning has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is **GRANT-**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ED, counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED.** *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.